PROB 12B
(7/93)

Report Date: November 24, 2008

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 25 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Dan Elliott Ochs                Case Number: 2:04CR00259-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 05/31/2005         Type of Supervision:    Supervised Release

Original Offense: Possession of Child Pornography,     Date Supervision Commenced: 12/12/2008
18 U.S.C. § 2252A(a)(5)(B)

Original Sentence:  Prison - 46 Months;         Date Supervision Expires: 12/11/2013
TSR - 60 Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

28      You shall reside in a residential reentry center for a period of up to 180 days.  This placement may include
        a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but
        not to include GPS) at the direction of the CCM and USPO.  You shall abide by the rules and requirements
        of the facility.  You shall remain at the facility until discharged by the Court.

### CAUSE

Daniel Ochs has not been able to locate full-time employment so that he could secure an apartment while he has been
at Geiger Corrections Center in Spokane, Washington, as an inmate.  The offender is scheduled to release from
Geiger on December 12, 2008, to commence his term of supervised release.  This additional time as a public law
placement will allow the offender to save more money to rent an apartment.

On November 20, 2008, this officer met with the offender at Geiger.  Mr. Ochs signed the probation form 49,
"Waiver of Hearing to Modify Conditions of Supervised Release."  Daniel Ochs understands the rationale for this
modification and agrees to abide by this additional condition imposed by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11 — 24 — 08

Brenda J. Kuest
U.S. Probation Officer

Prob 12B
**Re:  Ochs, Dan Elliott**
**November 24, 2008**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Signature of Judicial Officer

11 / 25 / 08
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

28    You shall reside in a residential rentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the direction of the CCM and USPO. You shall abide by the rules and requirements fo the facility. You shall remain at the facility until discharged by the Court.


Witness: _____          Signed: _____
                U.S. Probation Officer                                          Dan Elliott Ochs
                                                                      Probationer or Supervised Releasee


_____November 20, 2008_____
Date